# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL HOWARD, #18329 | ) ) ) |
| Plaintiff, | ) ) 3:11-cv-00291-LRH-WGC |
| vs. | ) ) **ORDER** |
| D. COOL, *et al.*, | ) ) |
| Defendants. | ) ) |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On October 18, 2011, the court issued a Screening Order and stayed the case for the purpose of informal settlement discussions (ECF #s 18, 19). Before the court is defendants' supplemental status report/request for continuation of the stay (ECF #22). Defendants indicate that they are in settlement negotiations with plaintiff and request that the stay remain in place for an additional sixty (60) days in order that the parties may finalize the settlement agreement. Defendants' request, which will be construed as a motion to extend the stay, is granted.

**IT IS THEREFORE ORDERED** that defendants' motion to extend the stay in this action for sixty (60) days is **GRANTED**.

1  **IT IS FURTHER ORDERED** that in the event that the parties do not reach a settlement
2  agreement in sixty (60) days defendants shall file a second supplemental status report.
3  DATED: January 18, 2012.

_____
UNITED STATES MAGISTRATE JUDGE